**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Alvaro MARTINEZ–PALOMARES,**
**a.k.a. Ramon Gerardo Soldevilla Viera, Defendant–Appellant.**

**No. 14–10431**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 5, 2014.

Herbert Stanley Lindsey, Terry Flynn, Stephen M. Kunz, Assistant U.S. Attorney, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Randolph Patterson Murrell, Gwendolyn Louise Spivey, Federal Public Defender's Office, Tallahassee, FL, Defendant–Appellant.

Jose Alvaro Martinez–Palomares, Folkston, GA, pro se.

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, counsel for Jose Martinez–Palomares, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Martinez–Palomares's convictions and sentences are **AFFIRMED.**